# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SHERYL DOUGHTY,

*Plaintiff*

v.   Civil Action No. 2:13-CV-00295-LRS

VALERIE HOLDER, et al.,

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment is granted and Defendants are awarded judgment on the FDCPA claims asserted against them by Plaintiff. However, there is no basis for an award of attorney's fees to Defendants under the FDCPA, 15 U.S.C. Section 1692k(a)(3).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko _____ on a motion for Summary Judgment.

Date: January 21, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson